**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**FORUM ARCHITECTS, LLC,**

    Plaintiff,

vs.                                                                   CASE NO. 1:07CV189-SPM/AK

**REBECCA JETTON,**

    Defendant.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion to Compel Defendant to Complete Deposition. (Doc. 58). Plaintiff moves the Court for an order compelling Defendant to submit to an additional day of deposition testimony because **he** had to cut her deposition short. Rule 30(d), Federal Rules of Civil Procedure, allows for 1 day of 7 hours and counsel should have arranged his flight schedule to allow for this or negotiated with Defendant prior to making his flight arrangements for a bifurcated schedule. Pursuant to Rule 30(d)(2), it was Plaintiff who impeded or frustrated the "fair examination" of the deponent, and as a sanction Plaintiff shall pay Defendant's expenses, including attorneys fees, if counsel wishes to take additional testimony. The amount shall be negotiated and tendered to Defendant prior to her deposition.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion (doc. 58) is **DENIED**, but without prejudice to again so move upon a showing that fees and expenses for the continued deposition have been tendered.

**DONE AND ORDERED** this  **19th**  day of June, 2008.


                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv189-spm/ak**