**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FORUM ARCHITECTS LLC,
a Limited Liability Corporation

    Plaintiff,                                  Case No.:
                                                1:07cv189/SPM/AK

v.

REBECCA JETTON, Individually

    Defendant.
_____/

## ORDER EXTENDING DEADLINES AND CONTINUING TRIALS

THIS CAUSE comes before the Court upon the Plaintiff's "Unopposed Motion to Continue Trial" (doc. 78) and Defendant's unopposed motion to extend the dispositive motion deadline (doc. 79).  The parties request that these deadlines be extended in order to allow more time to complete discovery and prepare for trial.  The Court finds the requests appropriate.  Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The motion to continue trial (doc. 78) is hereby *granted*.

2. Trial is reset for **Monday, April 6, 2009** at **8:30 am** at the United States Courthouse in Gainesville, Florida.

3. The pre-trial conference shall be set by separate order.

4. The motion for extension of deadlines (doc. 79) is hereby *granted*.

5. All dispositive motions shall be filed on or before **Friday, December 11, 2008**.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of November, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge