IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FORUM ARCHITECTS LLC,
a Limited Liability Corporation

    Plaintiff,                         Case No.: 1:07cv189/SPM/AK

v.

REBECCA JETTON,
Individually

    Defendant.
_____ /

**ORDER EXTENDING TIME FOR MEDIATION**

Upon consideration, "Defendant's Consent Motion to Extend Mediation Deadline" (doc. 90) is hereby granted.  The parties may begin their first mediation conference on **Thursday, April 2, 2009** with mediator Jean Bice, Esq.  All other instructions listed in this Court's "Order Directing Mediation" (doc. 86) shall remain in full force and effect.

DONE AND ORDERED this <u>fourth</u> day of March, 2009.


                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge