**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FORUM ARCHITECTS LLC,
a Limited Liability Corporation

      Plaintiff,                                                Case No.: 1:07cv189/SPM/AK

v.

REBECCA JETTON, Individually

      Defendant.
_____/

**ORDER GRANTING WITHDRAWAL AND EXTENDING DEADLINES**

      THIS CAUSE comes before the Court upon the Plaintiff's "Motion to Withdraw as Counsel" (doc. 79) and "Defendant's Motion to Extend Pretrial Deadlines, and for Related Relief" (doc. 95). As an initial matter, Plaintiff's counsel has requested permission to withdraw from representation due to irreconcilable differences with Plaintiff. Defendant, in her motion to extend pretrial deadlines, represents that she has no objection to this request. Recognizing that irreconcilable differences will prevent Plaintiff's counsel from fulfilling their obligations to Plaintiff, the request to withdraw will be granted.

      As a second, but related matter Defendant has requested an extension of time in order to allow for Plaintiff to obtain new counsel and for all pretrial

requirements to be met. The Court finds both requests appropriate. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The motion to withdraw (doc. 94) is hereby **granted**.

2. On or before **April 17, 2009**, Plaintiff shall secure the filing of a Notice of Appearance by a new attorney or advise the Court in writing of its intent to proceed *pro se* in this case.

3. If Plaintiff fails to respond, it will be assumed until further notice that Plaintiff will proceed *pro se*.

4. The Clerk shall send this and all further orders and correspondence to Plaintiff at the following address: Playhouse Square, 1240 Huron Road, Cleveland, OH 44115.

5. The motion to extend pretrial deadlines (doc. 95) is hereby **granted**.

6. After new counsel for Plaintiff has filed a Notice of Appearance, the parties are ordered to confer in good faith and submit a proposed scheduling order for mediation, pretrial conference, and trial dates to the Court on or before **May 17, 2009**. The Court will review the proposal and issue a mediation and scheduling order shortly thereafter.

7. Until further notice from the parties, as instructed above, both the pre-trial conference scheduled for March 31, 2009 and the trial,

scheduled for April 6, 2009 are *cancelled*, to be rescheduled at a later date.

DONE AND ORDERED this <u>thirtieth</u> day of March, 2009.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge