IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


FORUM ARCHITECTS LLC,

    Plaintiff,

vs.                                                       1:07-CV-189-SPM/WCS

REBECCA JETTON,

    Defendants.
_____/


**ORDER EXTENDING TIME TO RESPOND AND REOPENING DISCOVERY**

    **THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment (doc. 113), filed June 22, 2009, and Plaintiff's Motion to Reopen Discovery (doc. 114), filed June 23, 2009. As grounds for these motions, the Plaintiff states that it is in the interest of judicial economy that its response be filed after mediation, which is to be held on July 8, 2009, and that replacement counsel for the Plaintiff desires to conduct discovery not performed by prior counsel during the initial discovery period.

    The Court finds these requests to be reasonable. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The motions (docs. 113, 114) are *granted*.

    2.    The deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment is July 24, 2009.

3. Discovery is re-opened until November 20, 2009.

**DONE AND ORDERED** this <u>thirtieth</u> day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge