**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FORUM ARCHITECTS LLC,

      Plaintiff,

vs.                                                CASE NO.: 1:07-CV-189-SPM

REBECCA JETTON,

      Defendant.

_____/

**ORDER GRANTING MOTION FOR LEAVE TO REPLY**

Upon consideration, Defendant's Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment (doc. 120) is hereby *granted*. Defendant shall have until September 1, 2009, to file a reply.

SO ORDERED this twenty-fourth day of August, 2009.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge