IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FORUM ARCHITECTS LLC,

    Plaintiff,

vs.                                       CASE NO. 1:07-cv-189-SPM/AK

REBECCA JETTON,

    Defendant.

_____/

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICES OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Strike (doc. 123) Defendant's Notices (docs. 103, 122) of Filing Supplemental Authority in Support of Motion for Summary Judgment, filed August 21, 2009, and Defendant's response to the Motion to Strike (doc. 125), filed August 28, 2009. The Court finds that the Notices do not constitute reply memoranda as that term is used in Local Rule 7.1(C)(2). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike is hereby *denied*.

**DONE AND ORDERED** this twenty-second day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge