**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

FORUM ARCHITECTS LLC,

    Plaintiff,

vs.                                    CASE NO.: 1:07-CV-189-SPM/AK

REBECCA JETTON,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for Reconsideration (doc. 132), filed October 3, 2009, which requests reconsideration of the Court's Order (doc. 128) granting the Defendant's Motion for Summary Judgment (doc. 83). Plaintiff has proffered no reason worthy of reconsideration of the Court's Order. It should be noted that **after** the Court issued an Order (doc. 115), granting the Plaintiff's Motion for Extension of Time to Respond to the Defendant's Motion for Summary Judgment (doc. 113) and the Plaintiff's Motion for Extension of Time to Complete Discovery (doc. 114), the Plaintiff submitted its response (doc. 119) to the Defendant's Motion for Summary Judgment, which rendered the issue ripe for the Court's review. Upon consideration, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Reconsideration

(doc. 132) is hereby *denied*.

**DONE AND ORDERED** this <u>sixth</u> day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge